689 A.2d 224

Eric J. LEVIN and Christine F. Levin, his wife,

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CEN-
TRE COUNTY, Pennsylvania, and Daniel E. Shawley, Karen S.
Shawley, Bibles for the World, Inc., State College Borough
Water Authority, Intervenor.

Appeal of BOARD OF SUPERVISORS OF BENNER
TOWNSHIP, CENTRE COUNTY, Pennsylvania
(at No. 115).

Appeal of Eric J. LEVIN and Christine
F. Levin, his wife (at No. 116).

STATE COLLEGE BOROUGH WATER AUTHORITY

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP,
CENTRE COUNTY, Pennsylvania and Eric J. Levin
and Christine F. Levin, his wife, Intervenors.

Appeal of BOARD OF SUPERVISORS OF BENNER
TOWNSHIP, CENTRE COUNTY, Pennsylvania
(at No. 117).

Appeal of Eric J. LEVIN and Christine F. Levin,
his wife, Intervenors (at No. 118).

STATE COLLEGE BOROUGH WATER AUTHORITY

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP,
CENTRE COUNTY, Pennsylvania and Eric J. Levin
and Christine F. Levin, his wife, Intervenors.

Appeal of BOARD OF SUPERVISORS OF BENNER
TOWNSHIP, CENTRE COUNTY, Pennsylvania
(at No. 119).

Appeal of Eric J. LEVIN and Christine F. Levin,
his wife, Intervenors (at No. 120).

Eric J. LEVIN and Christine F. Levin, his wife,

v.

BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CEN-
TRE COUNTY, Pennsylvania, and Daniel E. Shawley, Karen S.

Shawley, Bibles for the World, State College Borough Water Authority, Intervenor.

Appeal of BOARD OF SUPERVISORS OF BENNER TOWNSHIP, CENTRE COUNTY, Pennsylvania (at No. 121).

Appeal of Eric J. LEVIN and Christine F. Levin, his wife (at No. 122).

Nos. 115 M.D.1996, 118 M.D.1996, 121 M.D.1996, 116 M.D.1996, 119 M.D.1996, 122 M.D.1996, 117 M.D.1996, 120 M.D.1996.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1997.

Decided Feb. 19, 1997.

## ORDER

PER CURIAM.

Order affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.

689 A.2d 225

**ALLEGHENY WEST CIVIC COUNCIL, INC., a Pennsylvania Nonprofit Corporation, Mark T. Fatla and Michael Coleman**

**v.**

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF PITTSBURGH and Irwin Associates.**

**Appeal of IRWIN ASSOCIATES.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1996.

Decided Feb. 20, 1997.

